James Saxton, Respondent, *v.* The Manhattan Railway Company and The New York Elevated Railroad Company, Appellants.

*Saxton* v. *Manhattan R. Co.,* 87 Hun, 618, affirmed.
(Submitted January 12, 1898; decided February 1, 1898.)

Appeal from a judgment of the late General Term of the Supreme Court in the first judicial department, entered June 10, 1895, which modified and, as modified, affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Julien T. Davies* and *Arthur O. Townsend* for appellants.

*Edward A. Hibbard* for respondent.

Judgment affirmed, with costs; no opinion.
All concur, except Parker, Ch. J., not sitting, and Haight, J., absent.

---

Russell H. Hoadley et al., Respondents, *v.* Hipolito Dumois et al., Appellants.

*Hoadley* v. *Dumois,* 11 Misc. Rep. 52, affirmed.
(Argued January 12, 1898; decided February 1, 1898.)

Appeal from a judgment of the General Term of the late Superior Court of the city of New York, entered January 11, 1895, which affirmed a judgment in favor of plaintiffs entered upon a verdict.

*Edward B. Whitney* and *Henry W. Goodrich* for appellants.

*Everett P. Wheeler* for respondents.

Judgment affirmed, with costs, on opinion below.
All concur, except Haight, J., absent.